# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  **Case Number: 5:07-cr-4-Oc-10GRJ**

**JOSE IGNACIO VENEGAS-DELGADO**

**USM Number: 49250-018**

Rick Carey, FPD
201 SW Second Street, Suite 102
Ocala, Florida 34474

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers 1 and 2 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful re-entry into the United States after Deportation while on supervision in violation of the conditions of supervision | April 20, 2008 |
| 2 | Failure to remain outside the United States unless authorized by the United States Attorney General in violation of the Special Condition | April 20, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: May 21, 2009

*[signature]*

**UNITED STATES DISTRICT JUDGE**

May 27, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **4 Months consecutive to any undischarged term of imprisonment defendant is presently serving. No additional term of supervised release to follow.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal